# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Quenton Tyrone Williams,

       Petitioner,

v.

State of Minnesota,

       Respondent.

Case No. 17-cv-4603 (PJS/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Quenton Tyrone Williams's ("Williams") Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] is **DENIED without prejudice**;

2. Williams's Motion for Amicus Curiae Assistance [Doc. No. 21] is **DENIED**;

3. This case is **DISMISSED without prejudice**; and

4. Williams is **NOT** granted a certificate of appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/5, 2018

                                          s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge